In the United States District Court
For the Western District of Pennsylvania

DATE 6/27/2005 I.D.# 7738
RESUB 7/8/2005 I.D.#(X3B)

Preston Catchings
vs
Mr Morrow et. al..

Civil Action No# 03-284 Erie

"AND/OR"  [which ever case coincide with the date 6/15/2005, and teleconferance hearing]

Preston Catchings
vs
Mr Orr   et., al..

~~Civil Action No# 04-159 Erie~~

## Motion For Extention of time to File Appeal
### And Request For Transcripts Fed. R. Civ Pro. 4

Now comes Preston Catchings # BJ8956 Requesting a extention of time to file an Appeal. From C.A. no# 03-284 and /or, ~~C.A. no# 04-159 Erie~~, Both cases concern Motions for stay of Proceeding and Injunction Pending Appeals.

This case derive's from a hearing "Teleconferance hearing" 6/15/2005.. Plaintiff received "NO" notice of hearing prior to this truculent and pugnacious hearing, no time to prepare; Moreover this obtrusion hamper'ed Plaintiff's ability to litigate the cause of action.... Plaintiff however did clearly request Judge Baxter, give him the case number's being addressed. The request was evaded, there was no responce, thereafter, C/O Daisley interposed his malicious interruptive disturbance. "pressing the dial tone button at key intervals, inundating essential parts of the hearing. During the fourth interjection the teleconference call was disconnected." Plaintiff new not which case was at controversy. This and other acts to impede obstruct and/or deny Aggrieve the access to the Appellate process his legal property moreover, the discovery requested is continuous infuriating an overbearing and clearly unbecoming of a judicial official. Clear prejudicial conduct.

/s/ [signature]
BJ8956

In the United States District Court
For The Western District of Pennsylvania

7/8/2005  I×3B)

Preston Catchings
           vs
Mr. Morrow et.al.,

Civil Action No. 03-284 Erie

## Certificate of Service

I Preston Catchings, BJ8956 hereby certify that a true and correct copy of the foregoing Motion for Extention of time to file Appeal and Request for Transcripts pursuant to Fed R. Civ. Pro. Rule 4. is being served upon the following persons by first class mail This 7th month, 8th Day 2005.   7/8/2005

Resubmitted in haste due to the with holding of mail,. The package is mail dated from your office 6/30/05 I recieved it 7/6/2005 (Request transcript proper litigation)

To: office of the Attorney General
    Mr. Scott A. Bradley
    6th floor Manor Complex
    564 Forbes Ave
    Pittsburgh PA. 15219.

Respectfully submitted
[signature]
BJ8956