**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| PRESTON CATCHINGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 03-284 Erie |
| v. ) | |
| ) | |
| LT. MARROW, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 15th day of July, 2005, upon consideration of the Plaintiff's motion [Doc. No. 55] for extension of time to file appeal and request for transcripts,

IT IS HEREBY ORDERED that said motion is DENIED.

                                                                                                         s/ Sean J. McLaughlin
                                                                                                            United States District Judge

cm:      Preston Catchings
           BJ-8956
           I Block, A Wing, 8 cell
           SCI Cresson, P.O. Box A
           Old Route 22
           Cresson, PA  16699-0001

           Scott A. Bradley, Esq.
           Office of Attorney General