In The United States Court of Appeals
for the Third Circuit

Date 8/9/2005
I.D.# (B.5 x 92)

Preston Catchings
vs
Mr Morrow et. al.,

Civil Action no# 03-284 Erie

## Notice of Appeal to The Third Circuit Court of Appeal from The final Memorandum Order Adopting Report and Recommendation Magist. Judge

Notice is hereby given that Preston Catchings #BT8956 (the plaintiff) verses Mr. Morrow et. al., in the above name case, Civil Action no# 03-284 Erie County, hereby Appeals to the United States Court of Appeals for the Third Circuit, from the Order Adopting The Report and Recommendation of Magistrate Judge Ms Susan P. Baxter, dated April 20, 2005, which is a final Order from the District Court. The defendants are Mr. Morrow, Mr. Ransom, Mr. WJ Wolfe, Mr Zeita Mr Reider an Mr. Tokgo. The Memorandum Order states, the defendants Motion To dismiss Doc#33-1 on, in the alternative, Motion for Summary Judgment Doc#33-2 is Granted, an Judgment be an is entered in favor of Dft. an against Plaintiff. . . .

The Report and Recommendation of Magistrate Judge Baxter dated April 20, 2005 is adopted as the Opinion of this Court    entered in this action on the 12th day of July 2005. This Appeal is pursuant to Fed. Rules Appellate Pro R 4(a).

Respectfully Submitted

/s/ Preston Catchings #BT8956
Preston Catchings BT8956
IA-8 SSNM SCI Cresson
P.O. Box "A", Old Route 22
Cresson PA. zip 16699.