In The United States District Court,
for The Western District of Pennsylvania

(ID # N,42-B.)          Date 9/16/2005

Preston Catchings

vs                    Civil Action No# 03-284 Erie

Mr. Morrow et. al.

## Motion for Administrative Assistance

Now comes solicitent Preston Catchings # BJ8956, requesting the Chief Clerk or Clerk(s) of U.S. District Court of the Western District to allow Plaintiff a copy of the envelope received 7/27/2005, Document #57, case no# 1:03-cv-00284, and a status sheet concerning the same case, from inception, to present date. . . . Plaintiff avers that he is indigent an cannot afford to pay the expenses of copying and mailing services.

"Explained" on 7/8/2005. I, Mr. Preston Catchings # BJ8956, housed at S.C.I. Cresson P.O. Box "A", Old Route 22, Cresson PA. zip 16699, deposited a package of privileged Legal mail, into S.C.I. Cresson mail system (mail box) to be mailed to U.S. District Court Western District PA. . . . . .

I received the petition back 7/27/2005, stating that the Motion is dismissed. A Final Order has been entered in this case and the case is closed. . . . What I need to know is when your office receive this particular privileged Legal mail, dates thereof, postage dates, and the envelope should read inmate mail and when it left S.C.I. Cresson.

Movant implore's the Senior Clerk. Mr. Robert V. Barth benevolence in this matter.

Respectfully submitted
BJ8956
Preston Catchings BJ8956

wright, for cash slips
proof of mailing.

Y

| Form DC-135A | Commonwealth of Pennsylvania |
| --- | --- |
| | Department of Corrections |

| **INMATE'S REQUEST TO STAFF MEMBER** | INSTRUCTIONS: |
| | Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1.    To:  (Name and Title of Officer) | 2.    Date: |
| --- | --- |

| 3.    By:  (Print Inmate Name and Number) | 4.    Counselor's Name: |
| --- | --- |
| _____ | |
| _____ | 5.    Unit Manager's Name: |
| Inmate Signature | |

| 6.    Work Assignment: | 7.    Housing Assignment: |
| --- | --- |

8.    Subject:  (State your request completely but briefly.  Give details.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

9.    Response:  (This Section is for Staff Response Only)

_____
_____
_____
_____
_____
_____
_____
_____
_____

| To DC-14 CAR only  ☐ | To DC-14 CAR and DC-15 IRS    ☐ |
| --- | --- |

Staff Member Name _____ / _____ Date _____

Print                                    Sign

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS:<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.   To: (Name and Title of Officer) | 2.   Date: |
| 3.   By: (Print Inmate Name and Number)<br><br>_____<br>_____<br>Inmate Signature | 4.   Counselor's Name: |
| | 5.   Unit Manager's Name: |
| 6.   Work Assignment: | 7.   Housing Assignment: |

8.   Subject:  (State your request completely but briefly.  Give details.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

9.   Response:  (This Section is for Staff Response Only)

_____
_____
_____
_____
_____
_____
_____
_____
_____

| To DC-14 CAR only  ☐ | To DC-14 CAR and DC-15 IRS   ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                              Print                              Sign

Revised July 2000

| Form DC-135A | Commonwealth of Pennsylvania<br>Department of Corrections |
|---|---|
| **INMATE'S REQUEST TO STAFF MEMBER** | INSTRUCTIONS:<br>Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| | |
|---|---|
| 1.   To: (Name and Title of Officer) | 2.   Date: |
| 3.   By: (Print Inmate Name and Number)<br><br>_____<br>_____<br><div align=center>Inmate Signature</div> | 4.   Counselor's Name: |
| | 5.   Unit Manager's Name: |
| 6.   Work Assignment: | 7.   Housing Assignment: |

8.   Subject: (State your request completely but briefly.  Give details.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

9.   Response:  (This Section is for Staff Response Only)

_____
_____
_____
_____
_____
_____
_____
_____
_____

| To DC-14 CAR only  ☐ | To DC-14 CAR and DC-15 IRS   ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
<div align=center>Print                                    Sign</div>

Revised July 2000

| Form DC-135A<br><br>**INMATE'S REQUEST TO STAFF MEMBER** | Commonwealth of Pennsylvania<br>Department of Corrections<br><br>INSTRUCTIONS:<br>Complete items number 1-8. If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |
|---|---|
| 1.   To: (Name and Title of Officer) | 2.   Date: |
| 3.   By: (Print Inmate Name and Number)<br><br>_____<br>_____<br>          Inmate Signature | 4.   Counselor's Name:<br><br>5.   Unit Manager's Name: |
| 6.   Work Assignment: | 7.   Housing Assignment: |

8.   Subject:  (State your request completely but briefly.  Give details.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

9.   Response:  (This Section is for Staff Response Only)

_____
_____
_____
_____
_____
_____
_____
_____
_____

| To DC-14 CAR only   ☐ | To DC-14 CAR and DC-15 IRS    ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____
                              Print                                    Sign

Revised July 2000

| Form DC-135A | Commonwealth of Pennsylvania |
|---|---|
| | Department of Corrections |
| **INMATE'S REQUEST TO STAFF MEMBER** | INSTRUCTIONS: |
| | Complete items number 1-8.  If you follow instructions in preparing your request, it can be responded to more promptly and intelligently. |

| 1.    To:  (Name and Title of Officer) | 2.    Date: |
|---|---|
| 3.    By:  (Print Inmate Name and Number) _____ _____ Inmate Signature | 4.    Counselor's Name: |
| | 5.    Unit Manager's Name: |
| 6.    Work Assignment: | 7.    Housing Assignment: |

8.    Subject:  (State your request completely but briefly.  Give details.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

9.    Response:  (This Section is for Staff Response Only)

_____

_____

_____

_____

_____

_____

_____

_____

| To DC-14 CAR only  ☐ | To DC-14 CAR and DC-15 IRS    ☐ |
|---|---|

Staff Member Name _____ / _____ Date _____

Print                          Sign

Revised July 2000