IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PRESTON CATCHINGS,           )<br>          Plaintiff           )<br>      v.                              )           C.A. No. 03-284 ERIE<br>                                      )           District Judge McLaughlin<br>MR. MORROW, et al.,         )           Magistrate Judge Baxter<br>          Defendants.          ) | |

## ORDER

    On September 22, 2005, Plaintiff filed a "Motion for Administrative Assistance" [Document # 62], requesting a copy of an envelope he sent to the Clerk's office in July 2005, as well as a copy of the docket sheet in this case. The Court notes that a final order dismissing this case was entered on July 12, 2005, and this case is now closed. Moreover, Plaintiff is not entitled to receive copies of court records free of charge, as all civil complainants are required to pay for all such costs.

    AND NOW, this 28th day of September, 2005;

    IT IS HEREBY ORDERED that Plaintiff's "Motion for Administrative Assistance" [Document # 62] is DISMISSED as moot.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

S/Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge
