BPS-63

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NO. 05-3954

PRESTON CATCHINGS,
Appellant

v.

LT. MARROW; LT. RANSOM;
SUPT. W. J. WOLFE

On Appeal From the United States District Court
For the Western District of Pennsylvania
(Civil No. 03-cv-00284E)
District Judge: Honorable Sean McLaughlin

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
or Possible Summary Action under Third Circuit LAR 27.4 and I.O.P. 10.6
November 23, 2005

Before:  RENDELL, AMBRO and BECKER, Circuit Judges.

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted for possible summary action under Third Circuit LAR 27.4 and I.O.P. 10.6. On consideration whereof, it is now here

ORDERED and ADJUDGED by this Court that the order of the District Court entered July 12, 2005, be and the same is hereby AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

DATED:  December 28, 2005

Certified as a true copy and issued in lieu of a formal mandate on 1/19/06

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit